IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>      Plaintiff, )<br>  )<br>vs. )<br>  )<br>SALVADOR CATALAN-CASIANO, )<br>OBED MARTINEZ-LOPEZ, )<br>  )<br>      Defendants. ) | 8:07CR386<br><br>**PRELIMINARY ORDER**<br>**OF FORFEITURE** |

NOW ON THIS 17th day of June, 2008, this matter comes on before the Court upon the United States' Motion for Issuance of Preliminary Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. The Defendants have entered into Plea Agreements, whereby they have agreed to plead guilty to Counts III and V of said Superseding Indictment. Count III charges the Defendants with one count of possession of document-making implements with the intent to produce false identification documents, in violation of 18 U.S.C. §§ 1028(a)(5) and 2. Count V of said Superseding Indictment sought the forfeiture, pursuant to 18 U.S.C., § 1028(b)(5), of three computer hard drive towers, two ID card printers and various identity document making implements on the basis they were used or were intended to be used to facilitate said violation and/or were derived from proceeds obtained directly or indirectly as a result of the violation.

2. By virtue of said pleas of guilty, the Defendants forfeit their interest in the subject properties, and the United States should be entitled to possession of said properties, pursuant to 18 U.S.C., § 1028(b)(5).

3. The United States' Motion for Issuance of Preliminary Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The United States' Motion for Issuance of Preliminary Order of Forfeiture is hereby sustained.

B. Based upon Count V of the Superseding Indictment and the Defendants' pleas of guilty, the United States is hereby authorized to seize the three computer hard drive towers, two ID card printers and various identity document making implements.

C. The Defendants' interest in said properties are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C., § 1028(b)(5).

D. The aforementioned forfeited properties are to be held by the United States in its secure custody and control.

E. Pursuant to 18 U.S.C., § 1028(b)(5), the United States forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, in the county where the subject properties are situated, notice of this Order, Notice of Publication evidencing the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendants, having or claiming a legal interest in any of the subject forfeited properties must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F. Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the properties, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the

Petitioner's right, title or interest in the subject properties and any additional facts supporting the Petitioner's claim and the relief sought.

G. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties subject to this Order as a substitute for published notice as to those persons so notified.

H. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C., § 1028(b)(5), in which all interests will be addressed.

ORDERED this 17th day of June, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**