UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR386 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| SALVADOR CATALAN-CASIANO, | ) | |
| OBED MARTINEZ-LOPEZ, | ) | |
| | ) | |
| Defendants. | ) | |

NOW ON THIS 2nd day of December, 2008, this matter comes on before the Court upon the United States' Motion to Amend Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. This case was jointly investigated by the Bureau of Alcohol, Tobacco and Firearms and the Nebraska State Patrol.

2. Since the entry of the Court's Final Order of Forfeiture, the Nebraska State Patrol has determined it can make use of the computer and related equipment mentioned in the Final Order of Forfeiture. Consequently, rather than destroy the same, the Nebraska State Patrol wishes to take possession of the same.

3. The Plaintiff's Motion to Amend Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion to Amend Final Order of Forfeiture is hereby sustained.

B.  The Nebraska State Patrol is directed to take possession of the three computer hard drive towers, two ID card printers and various identity document making implements.

DATED this 2nd day of December, 2008

**BY THE COURT:**

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**